Official Form 5 (10/06)

| United States Bankruptcy Court<br>District of Nevada | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor – If Individual: Last First, Middle)<br><br>**TREE MOSS PARTNERS, LLC** | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.) |
|---|---|
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (If more than one, state all.): | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>4525 South Sandhill Road, #114<br>Las Vegas, NV 89121<br><br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br><br>Clark County, NV 89121 | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br>c/o USA Investment Partners, Manager<br>4525 South Sandhill Road. #114<br>Las Vegas, NV 89121 |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS (If different from previously listed address)

Riverside County, California

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☒ Chapter 7     ☐ Chapter 11

**INFORMATION REGARDING DEBTOR** (Check applicable boxes)

| Nature of Debts<br>(Check **one** box.)<br><br>Petitioners believe:<br>☐ Debts are primarily consumer debts<br>☒ Debts are primarily business debts | **Type of Debtor**<br>(Form of Organization)<br><br>☐ Individual (Includes Joint Debtor)<br>☒ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br><br>_____ | **Nature of Business**<br>(Check **one** box.)<br><br>☐ Health Care Business<br>☒ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other |
|---|---|---|

| **VENUE** | **FILING FEE** (Check one box) |
|---|---|
| ☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition for a longer part of such 180 days than in any other District.<br><br>☒ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☒ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representatives, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached. [*If a chilled support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*] |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER<br>OR AFFILIATE OF THIS DEBTOR** (Report information of any additional cases on attached sheets.)

| Name of Debtor : See attached | Case Number | Date |
|---|---|---|
| Relationship: Affiliate | District | Judge |

**ALLEGATIONS**
(Check applicable boxes)

COURT USE ONLY

1. ☒ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).
2. ☒ The debtor is a person against who an order for relief may be entered under title 11 of the United States Code
3.a. ☒ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
    or
  b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**Official Form 5 (10/06) – Cont.**                                    Name of Debtor  TREE MOSS PARTNERS, LLC
                                                                       Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

| REQUEST FOR RELIEF |
|---|
| Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petitioner. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached. |

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _/s/ [signature]_____          x  /s/ Jeanette E. McPherson_____   12/07/06__
Signature of Petitioner or Representative (State title)   Signature of Attorney                         Date
Chief Restructuring Officer of                             Schwartzer & McPherson_____
USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC               Name of Attorney Firm (If any)
Name of Petitioner                         Date Signed     2850 So. Jones Blvd., # 1, Vas Vegas, NV  89146
                                                           Address
Name & Mailing                                             (702) 228-7590_____
Address of Individual       THOMAS J. ALLISON,             Telephone No.
Signing in Representative
Capacity          4484 So. Pecos Road, Las Vegas, NV

x _____          x _____
Signature of Petitioner or Representative (State title)   Signature of Attorney                         Date

_____             _____
Name of Petitioner                         Date Signed     Name of Attorney Firm (If any)

Name & Mailing                                             _____
Address of Individual    _____              Address
Signing in Representative                                  _____
Capacity                 _____              Telephone No.

x _____          x _____
Signature of Petitioner or Representative (State title)   Signature of Attorney                         Date

_____             _____
Name of Petitioner                         Date Signed     Name of Attorney Firm (If any)

Name & Mailing                                             _____
Address of Individual    _____              Address
Signing in Representative                                  _____
Capacity                 _____              Telephone No.

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner<br>Same as above | Open Account | Amount of Claim<br>Approximately $22 million |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Note:  If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_____continuation of sheets attached

903417

PENDING BANKRUPTCY CASES FILED BY OR AGAINST ANY AFFILIATE OF THIS DEBTOR

All cases filed in the District of Nevada.

USA COMMERCIAL MORTGAGE COMPANY.  Chapter 11 case no. 06-10725

USA CAPITAL REALTY ADVISORS, LLC.  Chapter 11 case no. 06-10726

USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC.  Chapter 11 case no. 06-10727

USA CAPITAL FIRST TRUST DEED FUND, LLC. Chapter 11 case no. 06-10728

USA SECURITIES, LLC.  Chapter 11 case no. 06-10729